UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **BUSINESS OF THE COURT** | ) |
| | ) |
| | )  ASSIGNMENT OF CASES |
| | ) |

### ADMINISTRATIVE ORDER

**IT IS HEREBY ORDERED** that the following cases shall be transferred to the **Honorable John A. Ross.**

4:10cv00240HEA- Lopez v. U.S.A.

4:10cv00269HEA - McCall v. Monro Muffler Brake

4:10cv01521HEA -  Joseph v. Allen

4:10cv02231HEA -  Thacker v. Ethical Products, Inc.

4:10cv02362HEA - Hawthorne v. St. Louis Police Dept.

4:11cv02076HEA - Harr v. Campbell

4:11cv02224HEA - Allen v. State of Missouri, Dept of Social Services

Dated this 26th day of March, 2012.

_____
Catherine D. Perry
Chief Judge, U.S. District Court