UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERTA HAWTHORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-02362-JAR |
| ) | |
| ST. LOUIS METROPOLITAN ) | |
| POLICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STATUS

COMES NOW Plaintiff, by and through her undersigned counsel, and pursuant to the Court's Order dated April 23, 2012 provides the following status report in the above-referenced case, which is based upon a telephone conference with defense counsel on June 19, 2012.[1] The parties have reached a settlement that will dispose of all claims pending in this action and the Chapter 536 petition for review pending in the Circuit Court of the City of St. Louis. The Police Retirement System of St. Louis, which is not a party to either action, has agreed to the settlement in principal. The parties have agreed to the language of a consent judgment, which will be entered in the Chapter 536 proceeding, but are awaiting input from both the benefits departments of the St. Louis Metropolitan Police Department and Police Retirement System of St. Louis, to provide specific detail to the consent judgment. Once this information is provided, the parties plan to file the consent judgment in the Circuit Court of the City of St. Louis, enter into a global settlement agreement and release, and dismiss the above-referenced case. The parties

---

[1] Unlike previous status updates, defense counsel has not approved this Notice of Status before filing, although as set forth above, this update is based upon undersigned counsel's most recent telephone conversation with defense counsel. If defense counsel's understanding of the status of this case is different from Plaintiff's, Defendants are requested to file an amendment to this Notice of Status with the Court.

respectfully request an additional period of time to complete these tasks, which will allow for the voluntary dismissal of this action.

Respectfully submitted,

**PLEBAN & PETRUSKA LAW, LLC**

/s/ Lynette M. Petruska
C. John Pleban, #24190
Lynette M. Petruska, #41212
2010 S. Big Bend Blvd.
St. Louis, MO 63117
(314) 645-6666
(314) 645-7376  (Facsimile)

Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on this 26th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to: Rex P. Fennessey, Assistant Attorney General, Old Post Office Building, P.O. Box 861, St. Louis, MO 63188, attorney for Defendants.

/s/ Lynette M. Petruska