# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTA HAWTHORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV- 2362-JAR |
| | ) | |
| ST. LOUIS METROPOLITAN POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on a Notice of Status [ECF No. 48] filed by Plaintiff. Based on Plaintiff's representation that the parties have reached a settlement, the July 30, 2012 trial setting is continued to September 24, 2012. Because this Notice of Status has not been approved by defense counsel,

**IT IS HEREBY ORDERED** that counsel and parties shall appear for a status conference on **Friday, July 20, 2012** at 10:30 a.m. in Courtroom 12 N.

Dated this 12th day of July, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE