# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERTA HAWTHORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CV- 2362-JAR |
| ) | |
| ST. LOUIS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to Voluntarily Dismiss Case [ECF No. 56]. Upon consideration, the Court will grant the parties' motion; however, no further extensions of time will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Extension of Time to Voluntarily Dismiss Case [56] is **GRANTED**. The parties are granted an extension of time up to and including February 5, 2013 to file a stipulation for dismissal in this case.

Dated this 28th day of November, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE